Fill in this information to identify your case:

United States Bankruptcy Court for the:

__**Northern District of Texas**__

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy            12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Deyana** <br> First name <br><br> **Marie** <br> Middle name <br><br> **Connolly** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **6 5 6 9** <br> OR <br> **9**xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___ <br> OR <br> **9**xx - xx - ___ ___ ___ ___ |

Debtor 1  **Deyana**    **Marie**    **Connolly**    Case number *(if known)* _____
         First Name    Middle Name    Last Name

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| 5. | **Where you live** | **1141 Crescent Lane**<br>Number   Street<br><br>**Wichita Falls, TX 76306**<br>City             State    ZIP Code<br><br>**Wichita**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number   Street<br><br>P.O. Box<br><br>City             State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number   Street<br><br>City             State    ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number   Street<br><br>P.O. Box<br><br>City             State    ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain.<br>(See 28 U.S.C. § 1408) | *Check one:*<br><br>❑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain.<br>(See 28 U.S.C. § 1408) |

| Debtor 1 | **Deyana** | **Marie** | **Connolly** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ❑ Chapter 11
- ❑ Chapter 12
- ❑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

❑ Yes.

| District | When MM / DD / YYYY | Case number |
|---|---|---|
| District | When MM / DD / YYYY | Case number |
| District | When MM / DD / YYYY | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

❑ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When MM / DD / YYYY | Case number, if known |
| Debtor | | Relationship to you |
| District | When MM / DD / YYYY | Case number, if known |

**11. Do you rent your residence?**

❑ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.

  ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Deyana**   **Marie**   **Connolly**    Case number *(if known)* _____
           First Name   Middle Name   Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                   State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  **Deyana**      **Marie**          **Connolly** _____          Case number *(if known)* _____
          First Name      Middle Name         Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.
    ☐ Yes.   What is the hazard?  _____
                                  _____
                                  _____

             If immediate attention is needed, why is it needed?
                                  _____
                                  _____
                                  _____

             Where is the property?  _____
                                     Number     Street
                                     _____

                                     _____  _____  _____
                                     City                 State  ZIP Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                               page 5

| Debtor 1 | **Deyana** | **Marie** | **Connolly** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Deyana**         **Marie**           **Connolly**                               Case number *(if known)* _____
           First Name         Middle Name         Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☒ No
  - ☐ Yes

**18.** **How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Deyana Marie Connolly**
Deyana Marie Connolly, Debtor 1

Executed on **01/31/2024**
               MM/ DD/ YYYY

| Debtor 1 | **Deyana** | **Marie** | **Connolly** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Kristin Jones**   Date **01/31/2024**
Signature of Attorney for Debtor        MM / DD / YYYY

**Kristin Jones**
Printed name

**Roy Petty & Associates, PLLC**
Firm name

**8700 N Stemmons Fwy Suite #101**
Number    Street

**Roy Petty & Associates**

**Dallas**                                    **TX**    **75247**
City                                          State    ZIP Code

Contact phone **(214) 905-1420**       Email address **msignil@roypetty.com**

**00789471**                                  **TX**
Bar number                                    State

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE: **Connolly, Deyana Marie**                  CASE NO

                                                                    CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     01/31/2024     Signature            /s/ Deyana Marie Connolly
                                                                Deyana Marie Connolly, Debtor

Alliance Power Company
811 6th Street #205
Wichita Falls, TX 76301

Amazon
PO Box 035184
Seattle, WA 98124

Amazon Martketplace
440 Terry Avanue North
Seattle, WA 98109

American Coradius
International LLC
2420 Sweet Home Rd STE 150
Amherst, NY 14228

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Builders Lumber
2903 Holliday Rd
Wichita Falls, TX 76302

Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville, MD 20850

Capitol One
PO Box 71142
Charlotte, NC 28272

CCS
725 Canton Street
Norwood, MA 02062

Charter Communications
1309 Technology Parkway
Cedar Falls, IA 50613

Clarence Hill Electric
1310 Fm 368 S
Iowa Park, TX 76367

Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540

Collection Bureau of America
PO Box 5013
Hayward, CA 94540

Credit One
PO Box 98871
Las Vegas, NV 89193

Dalorem Heat & Air Conditioning
1630 Kell W Blvd
Wichita Falls, TX 76301

Devin Davis
5312 Pebble Stone
Wichita Falls, TX 76306

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

EDFINANCIAL SERVICES LLC
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922

Emergency Assoc Woonsocket
66 West Gilbert Street
Red Bank, NJ 07701

EOS CCA
PO Box 981025
Boston, MA 02298

Esurance
650 Davis Street
San Francisco, CA 94111

Esurance An Allstate Company
PO Box 66037
Dallas, TX 75266

Exeter Finance
PO BOX 166097
Irving, TX 75016

Exeter Finance LLC
Attn: Bankruptcy
PO Box 166008
Irving, TX 75016

Fingerhut
6250 Ridgewood Road
St. Cloud, MN 56303

Grainger
100 Grainger Parkway
Lake Forest, IL 60045

Internal Revenue Service
Dept. of Treasury
Kansas City, MO 64999-0010

Jefferey Picotte
10 Linden St
Whitinsville, MA 01588

Jon Horry
3514 University Ave
Wichita Falls, TX 76308

Kelly- Moore Paints
2602 Kemp Blvd
Wichita Falls, TX 76309

Kelly Poer
2009 Garfield St
Wichita Falls, TX 76309

KFDX
4500 Seymour Hwy
Wichita Falls, TX 76309

KJBO
4500 Seymour Hwy
Wichita Falls, TX 76309

L B Corp
50 Lynch Place
Cumberland, RI 02864

Leanne Roten
3514 University Ave
Wichita Falls, TX 76308

Lendr
670 N Clark St Fl 2
Chicago, IL 60654

Lori Marquart
3604 York St
Wichita Falls, TX 76309

Marcely Pape
4601 Mimosa Ln
Wichita Falls, TX 76301

MOHELA
Attn: Bankruptcy 633 Spirit Drive
Chesterfield, MO 63005-1243

MyStaf
1501 Midwestern Pkwy 102
Wichita Falls, TX 76302

National Grid
PO Box 11737
Newark, NJ 07101

News Channel 6
3601 Seymour Hwy
Wichita Falls, TX 76309

Norwood Urgent Care
103 Providence Hwy
East Walpole, MA 02032

Nyon O'Bannon
2908 Stratford Ct
Arlington, TX 76015

Office of Ohio Atty Gen.
Collect. Enfcmt
150 E Gay Street
Columbus, OH 43215

Open Sky Bank
101 Crossways Park Dr W
Woodbury, NY 11797

Parkers Plumbing
4713 Spiser Ln
Wichita Falls, TX 76302

Paypal
2420 Sweet Home Rd STE 150
Amherst, NY 14228

Pediactric Assoc of Norwood
& Franklin
100 Morse Street
Norwood, MA 02062

Primo
200 Eagles Landing Boulevard
Lakeland, FL 33810

PRIMO
6955 Nw 52nd Street Unit 108
Miami, FL 33161

Progressive Auto
6300 Wilson Mills Road
Mayfield Village, OH 44143

Robin Rosenbalm
86 Town and Country Dr
Wichita Falls, TX 76306

Ronald Hoffart
86 Town and Country Dr
Wichita Falls, TX 76306

Roy Petty & Associates, PLLC
Roy Petty & Associates
8700 N Stemmons Fwy Suite #101
Dallas, TX 75247

Spectrum
60 Columbus Circle
New York, NY 10023

Texoma Community Credit Union
807 8th St Ste 100
Wichita Falls, TX 76301


T-mobile
ATTN Bankruptcy Dept.
PO Box 53410
Bellevue, WA 98015


Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52409-8026


Trailers By Premier
317 E State Line
South Fulron, TN 38257


Tritan Productz, LTD
401 US Hwy 281
Wichita Falls, TX 76310


Tritan Rebar LLC
401 US Highway 281
Wichita Falls, TX 76310


U.S. Trustee
1100 Commerce Street 976
Dallas, TX 75242


TXU Energy
PO Box 650764
Dallas, TX 75265

TXU/Texas Energy
Attn: Bankruptcy
PO Box 650764
Dallas, TX 75262-0764

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

United Regional Hospital
1600 Eleventh Street
Wichita Falls, TX 76301

United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

University of Cincinnati Tuition
150 E Gay Street
Columbus, OH 43215

Verizon
PO Box 981025
Boston, MA 02298

Verizon
P.O. Box 33078
Saint Petersburg, FL 33733

Xoom
P.O. Box 1187
Houston, TX 77251

Yuriana Martinez
2012 8th Street
Wichita Falls, TX 76301